DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALBERT RICHARD GLOCKZIN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-1353

[February 15, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Gary L. Sweet, Judge; L.T. Case No. 2016CF002494A.

Carey Haughwout, Public Defender, and Benjamin Eisenberg, Assistant Public Defender, West Palm Beach, for appellant.

No brief filed on behalf of appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., CIKLIN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***